

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2022

No. 04-22-00054-CV

Douglas K. **SMITH**,
Appellant

v.

**PIONEER BANK,**
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-24897
Honorable Norma Gonzales, Judge Presiding

# O R D E R

Appellant's motion for rehearing was due by September 1, 2022, and on that day, appellant filed a motion requesting a seven-day extension of time. After consideration, we **grant** the motion and **order** appellant to file his motion for rehearing **by September 8, 2022**.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of September, 2022.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court